**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 126084

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Paul Beauregard,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-06398-SPG-AJR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Date:　January 31, 2024<br>Time:　1:30 pm<br>Location:<br>　　Courtroom 5C<br>　　350 West 1st Street<br>　　Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　YOU ARE HEREBY NOTIFIED THAT at 1:30 pm on January 31, 2024, or as soon thereafter as the matter may be heard, before the Honorable Sherilyn Peace Garnett, of the United States District Court for the Central District of California, in

Courtroom 5C, 350 West 1st Street, Los Angeles, California 90012, Plaintiff Viral DRM, LLC ("Plaintiff") will and hereby does move this Court for a default judgment against Defendant Paul Beauregard. Said motion will be made upon the grounds set forth in the accompanying Memorandum in Support of Plaintiff's Motion for a default judgment, the Declaration of Jacqueline Mandel dated December 12, 2023, the Declaration of Michael Brandon Clement dated December 11, 2023, and the complete files and records of this action.

## CONFERENCE OF COUNSEL

There has been no conference of counsel prior to making this motion, insofar as Defendant failed to timely appear, the Clerk entered a notation of Default against Defendant. In other words, there is no adverse party recognized by the Court with whom a conference could have been conducted.

DATED: December 12, 2023

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 126084

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Case Name: Viral DRM, LLC v. Paul Beauregard
Case No.: 2:23-cv-06398-SPG-AJR

**IT IS HEREBY CERTIFIED THAT:**

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States, and am over 18 years of age. My business address is 333 Earle Ovington Boulevard, Suite 402, Uniondale, New York 11553. I am not a party to this action. I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR DEFAULT JUDGMENT**

on the following parties by USPS mail on December 12, 2023 at:

> Paul Beauregard
> 10573 W. Pico Boulevard #606
> Los Angeles, California 90064

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 12, 2023

/s/ *Jacqueline Mandel*
Jaqueline Mandel, Esq. (317119)