**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 126084

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Viral DRM, LLC,

Plaintiff,

v.

Paul Beauregard,

Defendant.

Case No. 2:23-cv-06398-SPG-AJR

**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**

Judge: Hon. Sherilyn Peace Garnett
Magistrate Judge: Hon. A. Joel Richlin

Date: January 31, 2024
Time: 1:30 pm
Location:
Courtroom 5C
350 West 1st Street
Los Angeles, CA 90012

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE** that Plaintiff Viral DRM, LLC ("Plaintiff") lodges herewith a copy of the [Proposed] Default Judgment against Defendant Paul Beauregard, attached as **Exhibit A** hereto, in support of the Default Judgment against Defendant Paul Beauregard, filed in the above-captioned matter.

//

//

DATED: November 28, 2023

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*

Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 126084

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2023 a copy of the foregoing Notice of Lodging; and the [Proposed] Judgment were filed electronically and were served on Defendant, Paul Beauregard, by mail at:

Paul Beauregard
10573 W. Pico Boulevard #606
Los Angeles, California 90064

Notice of this filing will be also sent by e-mail to all attorneys of record for the parties by operation of the Court's electronic filing system.

/s/ *Jacqueline Mandel*
Jacqueline Mandel, Esq.

# EXHIBIT A



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Viral DRM, LLC,

Plaintiff,

v.

Paul Beauregard,

Defendant.

Case No. 2:23-cv-06398-SPG-AJR

**[PROPOSED] JUDGMENT ON MOTION FOR DEFAULT JUDGMENT**

Judge: Hon. Sherilyn Peace Garnett
Magistrate Judge: Hon. A. Joel Richlin

Date: January 31, 2024
Time: 1:30 pm
Location:
Courtroom 5C
350 West 1st Street
Los Angeles, CA 90012

On January 31, 2024, at 1:30 PM, Plaintiff Viral DRM, LLC ("Plaintiff") moved this honorable Court for a default judgment against Defendant Paul Beauregard ("*Defendant*").

Based on the pleadings, files, and records herein,

**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendant in the total amount of $14,440.50. This calculation

includes:

- Statutory damages in the amount of $12,500 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint;
- Filing Fees: $402;
- Service of Process: $188.50; and
- Attorneys' Fees: $1,350.

**IT IS HEREBY FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's Photograph as is set forth in the Complaint.

IT IS SO ORDERED.

Dated: __________, 2023

________________________________

HON. SHERILYN PEACE GARNETT

SLG SANDERS · LAW GROUP ·